**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

　　VS                                                                                       CASE NO. 3:94cr3012LAC

ERNEST DANIELS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __April 25, 2005 and May 6, 2005__
Motion/Pleadings: MOTION FOR RECONSIDERATION IN LIGHT OF UNITED STATES V REESE, 382 F.3D 1308, etc.
Filed by DEFENDANT, PRO SE          on 3/31/05          Doc.# 721
RESPONSES:
BY GOVT                               on 5/6/05           Doc.# 723

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells
LC (1 OR 2)                                           Deputy Clerk: Mary Maloy-Wells

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of May, 2005, that:*
*(a) The relief requested is **DENIED.***
*(b) The defendant is not entitled to resentencing as this Court lacks jurisdiction to consider this successive post-conviction motion and the Supreme Court's decision in United States v Booker does not apply retroactively to cases on collateral review.*

　　　　　　　　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　　　　*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.