# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:94cr3012LAC

ERNEST DANIELS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 25, 2005 and May 6, 2005

Motion/Pleadings: MOTION FOR RECONSIDERATION IN LIGHT OF UNITED STATES V REESE, 382 F.3D 1308, etc.

Filed by DEFENDANT, PRO SE      on 3/31/05      Doc.# 721

RESPONSES:

BY GOVT             on 5/6/05      Doc.# 723


WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)            Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of May, 2005, that:*
*(a) The relief requested is **DENIED.***
*(b) The defendant is not entitled to resentencing as this Court lacks jurisdiction to consider this successive post-conviction motion and the Supreme Court's decision in United States v Booker does not apply retroactively to cases on collateral review.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.